UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES DISTRICT JUDGE** | **MARTIN LUTHER KING**<br>**COURTHOUSE**<br>**50 WALNUT ST.**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

March 20, 2012

**LETTER ORDER**

Re:   *Chin v. Xerox Corp., et al.*
       <u>Civil Action No. 11-3069 (ES</u>)

Dear Counsel:

    Pursuant to the Court's March 20, 2012 telephone conference with counsel, the following briefing schedule is set forth with respect to the parties' briefs on whether the Court has subject matter jurisdiction over the claims in this case, or alternatively, briefs relating to a motion to amend:

- Plaintiff's five-page opening brief is due by <u>April 10, 2012</u>;

- Defendants' five-page opposition brief is due by <u>April 20, 2012</u>.

    Discovery is hereby stayed pending the Court's resolution of the issues raised in the above-referenced briefs.

    **SO ORDERED.**

                              <u>*s/Esther Salas*</u>
                              **Esther Salas, U.S.D.J.**